| | | |
|---|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Jakeia R. Mells on Mar 18, 2010<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>Mar 03, 2010<br><br>FILED<br>CLERK'S OFFICE |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

RECEIVED

MAY - 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-331)**

FILED

MAY 0 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,114 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Mar 18, 2010<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br><br>A TRUE COPY CERTIFIED TO FROM THE RECORD<br>DATED: 3-22-2010<br>ATTEST: Tom Dorsey<br>DEPUTY CLERK, UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA |

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

## SCHEDULE CTO-331 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A.# | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-40 | Louis Razza, et al. v. United States of America |
| CAC | 2 | 10-1190 | Leroy Eisler, et al. v. CBS Corp., et al. |
| CAC | 2 | 10-1191 | Ronald Alvin Geist v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-1192 | Michael Eugene Morgan, et al. v. Air & Liquid Systems Corp., et al. |
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~10-174~~ | ~~Charles Luce, et al. v. A.W. Chesterton Co., Inc., et al.~~ **Vacated 3/18/10** |
| ~~CAN~~ | ~~3~~ | ~~10-287~~ | ~~Avery Fong, et al. v. Asbestos Defendants (B-P), et al.~~ **Opposed 3/18/10** |
| CAN | 3 | 10-406 | Charles Aikins v. General Electric Co., et al. |
| ~~CAN~~ | ~~3~~ | ~~10-712~~ | ~~Ronald Palmer, et al. v. Pneumo-Abex Corp., et al.~~ **Opposed 3/17/10** |
| CAN | 3 | 10-717 | Robert Hilt v. General Electric Co., et al. |
| CAN | 3 | 10-718 | Alan Bartholomew v. Northrop Grumman Corp., et al. |
| CAN | 4 | 10-405 -PJH | Tommy Dye v. General Electric Co., et al. |
| CAN | 4 | 10-716 | James Damerson v. General Electric Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-1839 | Gary Batch, et al. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-1916 | Ken Moore v. CBS Corp., et al. |
| **DELAWARE** | | | |
| DE | 1 | 08-856 | Wilbert Kirks, et al. v. Carborundum Corp., et al. |
| DE | 1 | 10-113 | Tommy Carroll Dalton, et al. v. 3M Co., et al. |
| DE | 1 | 10-114 | Tommy Carroll Dalton, et al. v. 3M Co., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 09-7637 | Bonnie Horan, etc. v. Illinois Central Railroad Co. |
| ILN | 1 | 10-778 | Maxine R. Louis, etc. v. CBS Corp., et al. |
| **LOUISIANA WESTERN** | | | |
| LAW | 3 | 09-1866 | Betty S. Hill, etc. v. Illinois Central Railroad |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 10-4 | Hardin Wyatt Jarrett, III, et al. v. 3M Co., et al. |
| NCM | 1 | 10-8 | Frank Silbert Strange v. 3M Co., et al. |
| NCM | 1 | 10-17 | Jimmy Wayne Wilson, et al. v. 3M Co., et al. |
| NCM | 1 | 10-24 | Grady Odell Earnhardt, et al. v. 3M Co., et al. |
| NCM | 1 | 10-81 | Melanie Simone Goforth Campbell, etc. v. 3M Co., et al. |
| NCM | 1 | 10-92 | Dianne S. Coble v. 3M Co., et al. |
| NCM | 1 | 10-98 | Mohamad Bisher Murib v. 3M Co., et al. |

**MDL No. 875 - Schedule CTO-333 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 10-11 | Roger Dale Pope, et al. v. 3M Co., et al. |
| NCW | 1 | 10-12 | Rickie Alan Sorter, et al. v. 3M Co., et al. |
| NCW | 1 | 10-13 | Donald Ray Sisk, et al. v. 3M Co., et al. |
| NCW | 1 | 10-15 | John Martin Ferguson v. 3M Co., et al. |
| NCW | 1 | 10-16 | James Odell Harris, et al. v. 3M Co., et al. |
| NCW | 1 | 10-33 | Janice T. Faires, et al. v. 3M Co., et al. |
| NCW | 1 | 10-34 | Earnest Clay Smith, Sr., et al. v. 3M Co., et al. |
| NCW | 1 | 10-37 | Grear Owen Hite, Jr., et al. v. 3M Co., et al. |
| NCW | 1 | 10-38 | Eddie Roscoe Hopper, et al. v. 3M Co., et al. |
| NCW | 1 | 10-41 | Jerry Wayne Simmons, et al. v. 3M Co., et al. |
| **NEW JERSEY** | | | |
| NJ | 3 | 10-650 | Thomas Lewis, et al. v. Asbestos Corp., Ltd., et al. |
| **RHODE ISLAND** | | | |
| RI | 1 | 10-78 | Samuel E. Campbell v. General Electric Co., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 10-207 | David Hughes v. 3M Co., et al. |
| SC | 0 | 10-218 | John Hoyt Mitchell, et al. v. 3M Co., et al. |
| SC | 0 | 10-219 | Ira Lewis Pittman, Sr., et al. v. 3M Co., et al. |
| SC | 6 | 10-244 | Leonard David Brock, et al. v. 3M Co., et al. |
| SC | 8 | 09-2006 | James Steven Whysong, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 10-100 | Mitchell Charles Alexander, et al. v. 3M Co., et al. |
| SC | 8 | 10-211 | Oscar Lee Raines v. 3M Co., et al. |
| SC | 8 | 10-216 | Roddey Darrell Ashley, et al. v. 3M Co., et al. |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 09-3694 | Virginia Scharff, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| TXS | 4 | 09-3911 | J.B. Burke, et al. v. Allis-Chalmer Corp. Product Liability Trust, et al. |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9658 | Charles Leonard Willis v. Allis Chalmers Corp. Product Liability Trust, et al. |
| VAE | 2 | 10-9660 | Thomas Andrade v. American Standard, Inc., et al. |
| VAE | 2 | 10-9661 | Jerry G. Bartley v. American Standard, Inc., et al. |
| VAE | 2 | 10-9662 | Robert L. Bates v. American Standard, Inc., et al. |
| VAE | 2 | 10-9663 | Gary Cook v. American Standard, Inc., et al. |
| VAE | 2 | 10-9664 | Leroy P. Grieder v. American Standard, Inc., et al. |
| VAE | 2 | 10-9665 | Richard E. Keller, Sr. v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-331 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 10-9666 | Roger W. Sanford v. American Standard, Inc., et al. |
| VAE | 2 | 10-9667 | Whitney A. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 10-9668 | Everett D. Weed v. American Standard, Inc., et al. |
| VAE | 2 | 10-9669 | Mark S. Wolber v. American Standard, Inc., et al. |
| VAE | 2 | 10-9670 | William H. Monroe, Jr., etc. (Harold P. Fox) v. American Standard, Inc., et al. |
| VAE | 2 | 10-9671 | William H. Monroe, Jr., etc. (Billy Cole Lee) v. American Standard, Inc., et al. |
| VAE | 2 | 10-9672 | Theodore Selfors v. American Standard, Inc., et al. |
| **WISCONSIN EASTERN** | | | |
| WIE | 2 | 09-355 | Earline Hardy, etc. v. Certainteed Corporation, et al. |
| WIE | 2 | 09-1133 | Joseph E. Cadotte v. A.W. Chesterton Co., et al. |
| WIE | 2 | 09-1190 | Estate of Robert J. Dion, etc. v. Anchor Packing Co., Inc., et al. |
| WIE | 2 | 09-1193 | The Estate of Robert J. Dion, etc. v. Anchor Packing Co., Inc, et al. |
| WIE | 2 | 09-1194 | The Estate of Robert J. Dion v. Anchor Packing Co., Inc, et al. |
| WIE | 2 | 10-36 | Ervin Brindowski, et al. v. Alco Valves, Inc., et al. |
| WIE | 2 | 10-70 | Alice Brindowski, et al. v. Owens Illinois Inc, et al. |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 10-4 | Sigfried Sebastian, et al. v. CBS Corp., et al. |