ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email:  DDonadio@braytonlaw.com
BRAYTON✜PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY DYE,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, GENERAL DYNAMICS CORPORATION, et al.,<br><br>    Defendants. | No. 4:10-cv-00405-PJH<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER** |

    The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice.  Each party to bear its own fees and costs.

///

///

///

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER

| | |
|---|---|
| 1  Dated: April 25, 2013 | BRAYTON❖PURCELL LLP |
| 2 | |
| 3 | |
| 4 | |
| 5 | By: s/ David R. Donadio |
|   | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | Email: DDonadio@braytonlaw.com |
|   | Tel: (415) 898-1555 |
|   | Fax: (415) 898-1247 |
| 7 | Attorneys for Plaintiff |
| 8 | |
| 9 | |
| 10 Dated: 4/30/13 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| 11 | |
| 12 | |
| 13 | By: |
| 14 | DEREK S. JOHNSON |
|    | Attorneys for Defendant |
| 15 | GENERAL ELECTRIC COMPANY |
| 16 | |
| 17 | |
| 18 Dated: 4/30/13 | SO ORDERED. |
| 19 | |

IT IS SO ORDERED

Judge Phyllis J. Hamilton

REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER

2